RACHEL E. KAUFMAN (SBN 259353)
AVI R. KAUFMAN (*Pro Hac Vice*)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com
kaufman@kaufmanpa.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PARAMJIT LALLI,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FIRST TEAM REAL ESTATE – ORANGE COUNTY,** a California corporation,<br><br>*Defendant.* | Case No. 8:20-cv-00027-JWH-ADS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY PENDING DEADLINES**<br><br>HON. JOHN W. HOLCOMB<br>Complaint filed: January 7, 2020 |

Plaintiff Paramjit Lalli hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents in advance of seeking

1

Notice of Settlement, Case No. 8:20-cv-00027-JWH-ADS

preliminary approval. Plaintiff will file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval by January 8, 2021.

    Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement. A proposed Order is attached.

Respectfully submitted,

Dated: December 8, 2020

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the Proposed Class*