UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00027-JWH (ADSx) | Date | November 5, 2021 |
| Title | *Paramjit Lalli v. First Team Real Estate - Orange County* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Avi R. Kaufman | Scott O. Luskin |

**Proceedings:** VIDEO HEARING RE: CLASS COUNSEL'S MOTION FOR SERVICE AWARD AND CLASS COUNSEL FEES AND EXPENSES [ECF No. 78] & PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [ECF No. 79]

Counsel state their appearances. The Court confers with counsel. The Court takes the motions [ECF Nos. 78 & 79] under submission.

**IT IS SO ORDERED.**

Time: 00:18
Initials of Preparer: iv